```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN015587
Cashier ID: welkerm
Transaction Date: 06/22/2012
Payer Name: Benjamin Yocum Heather LLC
--------------------------------
CIVIL FILING FEE
 For: Benjamin Yocum Heather LLC
 Case/Party: D-OHS-1-12-CV-000476-001
 Amount:        $350.00
--------------------------------
CHECK
 Remitter: Benjamin Yocum Heather LLC
 Check/Money Order Num: 54776
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
all returned checks.
```