**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 06, 2015

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Re:  Case No. 14-3168*, Maria Waltherr-Willard v. Mariemont City Schools*
Originating Case No. : 1:12-cv-00476

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc:  Mr. Ian R. Smith
Mr. Bradford Charles Weber
Mr. R. Gary Winters

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 14-3168

_____

Filed: March 06, 2015

MARIA C. WALTHERR-WILLARD

     Plaintiff - Appellant

v.

MARIEMONT CITY SCHOOLS, aka Mariemont City School District Board of Education

     Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 02/11/2015 the mandate for this case hereby issues today.

COSTS: None